## 2597. DICKEY *v.* LOTT.

HILL, C. J. 1. Even if the court committed error in refusing to allow a plea that the debt sued for was not due by the defendant individually, but by a partnership of which he was a member, because the plea was dilatory and should have been filed at the first term, yet the error was entirely harmless, in view of the fact that the court permitted the defendant to introduce evidence that the debt was not due by him individually, but by his partnership, and distinctly charged the jury that unless they found from the evidence that the debt was that of the defendant individually, they could not find a verdict in favor of the plaintiff.

2. The controlling issues in this case were questions of fact, on which the evidence was in conflict, and the court presented the law applicable to these issues clearly, accurately, and fairly to the jury. There appears no material error of law, and no reason is shown why the verdict approved by the court should be set aside and another trial granted.

*Judgment affirmed.*

DECIDED NOVEMBER 29, 1910.

Complaint; from city court of Fitzgerald—Judge Wall. March 14, 1910.

*O. H. Elkins,* for plaintiff in error.

*A. J. McDonald, Levi O'Steen, Jesse Grantham,* contra.

---

## 2603. SWIFT MANUFACTURING CO. *v.* PHILLIPS.

HILL, C. J. 1. As illustrating the duty of the master to employ competent servants for the protection of fellow servants, the word "competent" should be given a comprehensive interpretation, and includes within its range of meaning all that "is essential to make up a reasonably safe person, considering the nature of the work, and the general safety of those who are required to associate with such person in the common, general employment." 4 Words & Phrases Judicially Defined, 3510.

2. The amendment to the petition charging that the injury to the servant was caused by the carelessness and negligence of an incompetent fellow servant, and that the master knew of such incompetency, set out a cause of action as against a general demurrer, and the judgment overruling the demurrer is affirmed. Civil Code of 1895, § 2612; *Corcoran v. Merchants & Miners Transportation Co.,* 1 *Ga. App.* 746 (57 S. E. 962).

*Judgment affirmed.*

Action for damages; from city court of Columbus—Judge Tigner. April 9, 1910.

*Frank U. Garrard, Charlton E. Battle, W. Cecil Neill, Howell Hollis,* for plaintiff in error.

*D. L. Parmer,* contra.